■ In the Matter of MARIAN M. FARASH, Appellant, v. DONALD J. RILEY et al., Constituting the Members of the Town Board of the Town of Greece, Respondents.— Order unanimously affirmed, without costs, upon the opinion at Monroe Special Term, Schnepp, J. (Appeal from order of Monroe Special Term in article 78 proceeding.) Present — Marsh, P. J., Moule, Simons, Goldman and Del Vecchio, JJ.